PROB 12C
(7/93)

# United States District Court
## for the
## Northern District of New York
### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Esteban Ressy  Case Number: 1:00-CR-00222-001

Name of Sentencing Judicial Officer: Frederick J. Scullin Jr.

Date of Original Sentence: February 12, 2002

Original Offense: Conspiracy to Distribute and Possess with Intent to Distribute Heroin; 21 U.S.C.§§ 846, 841(b)(1)(c) and 851 (a)

Original Sentence: Thirty-six months imprisonment; six (6) years supervised release

Type of Supervision: supervised release  Date Supervision Commenced: August 6, 2004

Asst. U.S. Attorney: Paul D. Silver  Defense Attorney: Frederick Rench (Appointed)

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | <u>New Criminal Conduct (Standard Condition)</u><br><br>On December 20, 2007, the defendant was arrested by the Amsterdam (N.Y.) Police Department and charged with Criminal Sale of a Controlled Substance Third degree (B/F).<br><br>Evidence in support of the violation includes arrest reports and/or charging documents |
| 2 | <u>The defendant shall notify the Probation Officer within Seventy-Two hours of being arrested (Standard Condition)</u><br><br>The defendant failed to notify U.S. Probation within seventy-two hours of his arrest on December 20, 2007.<br><br>Evidence in support of the violation includes U.S. Probation case file. |

Prob 12C -2- Petition for Warrant or Summons
for Offender Under Supervision

Name of Offender: Esteban Ressy  Case Number: 1:00-CR-00222-001

Respectfully submitted,

MATTHEW L. BROWN
Chief U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

Approved by: _____  Executed on: January 2, 2008
by: _____

CHRISTOPHER V. MCNEILL  EDWARD CARDINAL
Supervising U.S. Probation Officer  U.S. Probation Officer

### THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Summons
[ ] Other
[ ] The Issuance of a Warrant. This petition and all documents attached hereto are **SEALED** until such time as the warrant generated by this petition is returned executed.

The District Court Clerk's Office is hereby **ORDERED NOT** to serve a copy of this petition or any of the attached documents upon anyone EXCEPT that a copy is to be served upon law enforcement personnel. Copies shall be served upon the unsealing of the petition.

_____
Signature of Judicial Officer

1/3/08
Date